In the Matter of the Application of the CALIFORNIA ASSOCIATED RAISIN COMPANY for a Compulsory Accounting between CALIFORNIA ASSOCIATED RAISIN COMPANY, Appellant, and GOLDMEYER, THIEL & ARNOLD, INC.,

Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MICHAEL W. CASEY, Respondent, v. SHULTS BREAD COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.